DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAUREN MORENO** a/k/a **LAUREN EHRLICH,**
Appellant,

v.

**HOWARD S. EHRLICH,**
Appellee.

No. 4D20-1518

[August 12, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tarlika Navarro, Judge; L.T. Case No. 07-12450 FMCE.

Bart A. Houston of The Houston Firm, P.A., Fort Lauderdale, for appellant.

Stuart N. House of Stuart N. House, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***